Case 1:25-mj-00741-GMB   Document 1   Filed 12/18/25   Page 1 of 5

AO 91 (Rev. 11/11)   Criminal Complaint

FILED
2025 Dec-18 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | Mag. No. 25-741 |
| Antonio Juan-Juan | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 13, 2025__ in the county of __Dekalb__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111 | Assault of a Federal Officer |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William P. Stone, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/17/2025

_____
*Judge's signature*

City and state: Birmingham, Alabama   Gray M. Borden, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, William P. Stone, being duly first sworn, depose and say:

1.	I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) within the United States Department of Homeland Security (DHS). I have served as a Deportation Officer with ICE since July 4, 2021. Before that time, I was employed as a United States Border Patrol (USBP) Agent with U. S. Customs and Border Protection (CBP), Department of Homeland Security, for twelve years. As part of my duties as a Deportation Officer, I am charged with conducting investigations related to violations of the Immigration and Nationality Act, specifically foreign-born nationals that have been deported from the United States and subsequently re-entered the United States illegally. I am currently assigned to the ICE Enforcement and Removal Operations – Gadsden, Alabama, sub office in the New Orleans, Louisiana, area of responsibility, and part of my duties include investigating violations of Title 8 of the United States Code ("U.S.C."), including illegal reentry and related offenses, as well as 18 U.S.C. § 111, which makes it unlawful to forcibly assault, resist, oppose, impede, or interfere with any designated person while engaged in or on account of the performance of official duties. This affidavit is made in support of a criminal complaint against Antonio Juan-Juan and sets forth probable cause that Antonio Juan-Juan, a native and citizen of Guatemala, assaulted an officer

1

with the Department of Homeland Security, Enforcement and Removal Operations, in violation of Title 18, United States Code, Section 111.

2. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information relayed to me by other federal and state law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of supporting a criminal complaint and arrest warrant, I have not included all information known by me or other investigators. I have set forth only those facts I believe are essential to establish the necessary foundation for the complaint and warrant.

3. On December 13, 2025, Deportation Officer Daniel Finn and myself were assisting the Dekalb County Sheriff's Office with a Saturation Detail in Dekalb County, Alabama, which is within the Northern District of Alabama. During the course of the detail, Dekalb County Sheriff's Deputy Charles Cleaver and Officer Finn initiated a traffic stop on a Red GMC Sonoma for failure to stop at a stop sign and failure to maintain lane. As Deputy Cleaver and Officer Finn approached the truck, they observed the passenger spraying brake cleaner into the cab of the truck. At the officers' request, the driver of the truck, who was later identified as Diego Juan-Juan, provided Deputy Cleaver with a Guatemalan ID card, which bore the name Gaspar Tomas Perez. Similarly, the passenger of the vehicle, who was later

2

identified as Antonio Juan-Juan, provided a Guatemalan ID card, which bore the name Salvador Ramirez.

4. After inspecting the Guatemalan ID that he was provided, Deputy Cleaver asked the driver to step out of the vehicle. The driver initially complied but ultimately ran away. Deputy Cleaver pursued the driver on foot for a short distance and then unsuccessfully deployed his duty-issued Taser.

5. At the same time, Officer Finn asked the passenger, Antonio Juan-Juan, to likewise exit the vehicle. However, Antonio Juan-Juan was noncompliant and resisted Officer Finn's efforts to remove him from the vehicle. Officer Finn gave Antonio Juan-Juan verbal commands in both English and Spanish to place his hands behind his back, but Antonio Juan-Juan refused to comply. Instead, Antonio Juan-Juan repeatedly swung his arms in an attempt to escape the escort hold in which he'd been placed by Officer Finn.

6. Deputy Cleaver eventually returned to the scene of the traffic stop to assist Officer Finn with placing Antonio Juan-Juan on the ground. Once Antonio Juan-Juan was on the ground, Officer Finn and Deputy Cleaver were able to apply one handcuff on each of his hands, but were unable to secure the cuffs together due to Antonio Juan-Juan fighting and pulling his arms away. In particular, Antonio Juan-Juan kicked and grabbed the officers in the groin area and effectively utilized the handcuffs on each hand as brass

knuckles in an attempt to escape. In fact, at one point, Antonio Juan-Juan bit Officer Finn on the hand. Ultimately, Deputy Cleaver utilized his duty-issued Taser to subdue Antonio Juan-Juan and, once backup arrived on scene, additional officers were able to secure his hands and apply leg shackles.

7. Based on the above facts, your affiant believes that there is probable cause to establish that Antonio Juan-Juan has violated 18 U.S.C. § 111.

_____
William P. Stone
U.S. Department of Homeland Security

Sworn to telephonically and subscribed electronically this the \_\_ day of December 2025.

_____
Gray M. Borden
United States Magistrate Judge

4